FILED
MAY 2 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

JUDGMENT IN A CRIMINAL CASE

UNITED STATES OF AMERICA

V.

**ERICA L. BELL**

Case Number: __07-m-6044-CJP__

__JULIE MORIAN (Stand by Counsel)__
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

[XX guilty  ☐ nolo contendere] as to counts(s) __1_____, and
☐ not guilty as to count(s) _____.

**THERE WAS A:**

[ ☐ finding  ☐ verdict] of guilty as to count(s) _____.

**THERE WAS A:**

[☐ finding  ☐ verdict] of not guilty as to count(s) _____. ☐
judgment of acquittal as to count(s) _____.
The defendant is acquitted and discharged as to this/these counts(s).

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:**
18:401(3), Contempt

**IT IS THE JUDGMENT OF THIS COURT THAT:**
The defendant is sentenced to time served (4 days) and placed on unsupervised probation for a term of six (6) months. The Court does not impose a fine. The defendant shall pay a special assessment of ten dollars ($10.00). The Court suspends the mandatory drug testing special condition of supervision.

| Count | Assessment | Fine |
|---|---|---|
| 1 | $10.00 | $0.00 |
| **Totals:** | $10.00 | $0.00 |

Defendant's Soc. Sec. No.: __xxx-xx-9040__

Defendant's Date of Birth: __07/17/1985__

Defendant's USM No.: __n/a__

Defendant's Residence Address:
__5533 Adelade__
__Washington Park, IL 62204__

Defendant's Mailing Address:
__5533 Adelade__
__Washington Park, IL 62204__

__5/21/07__
Date of Imposition of Judgment

Signature of Judicial Officer

Clifford J. Proud, United States Magistrate Judge
Name and Title of Judicial Officer

__5/21/07__
Date